```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01246-JJT
Daniel J Prussman                                                   Chapter 13
Nicole M Prussman
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach              Page 1 of 2         Date Rcvd: Jun 08, 2017
                              Form ID: ntcnfhrg          Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
```
db/jdb         Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA  18355-0364
4902422       +ACS/Education Services,    Po Box 7051,    Utica, NY 13504-7051
4902421       +Acs/clc Private,    501 Bleecker St,    Utica, NY 13501-2401
4902423       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4902424        Apex Asset Management,    2501 Oregon Pike STE 102,    Lancaster, PA 17601-4890
4913732       +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,    Keith Coburn,    MHEAC d/b/a ASA,
                100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
4902426       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
4917577        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4902431        Edgepark Medical Supplies,    1810 Summit Park,    Twinsburg, OH 44087
4902432        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
4902433        Gary Karounos MD,    2200 W Hamilton Street,    Suite 103,    Allentown, PA 18104-6329
4902434       +Great Lakes Higher Educatin,    Attn: Bankruptcy,    2401 International Lane,
                Madison, WI 53704-3192
4902435        Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
4902437       +Jennie C. Tsai, Esq.,    Phelan Hallinan Diamond & Jones,    1617 JFK Blvd Ste 1400,
                Philadelphia, PA 19103-1814
4902438        KCI USA Inc.,    PO Box 301328,    Dallas, TX 75303-1328
4902439        LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
4902440        LifeStar Response of NJ,    3710 Commerce Drive,    Suite 1006,    Baltimore, MD 21227-1653
4902441        Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4902442        Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4902444        National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
4910857        Navient Solutions, LLC on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4910856        Navient Solutions, LLC on behalf of Educational,    Credit Management Corporation,
                P.O. Box 16408,    St. Paul, MN 55116-0408
4902779       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902446       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4902447       +Phelan Hallinan Diamond & Jones,    1617 JFK Blvd, STE 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103-1823
4902448       +Pocono Highland Community Assoc.,    123 Sunlight Drive,    Henryville, PA 18332-7867
4902449       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4902450        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4902451       +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
4902452       +Powell Rogers & Speaks,    PO Box 930,    Halifax, PA 17032-0930
4902454       +Second Round, LP,    Po Box 41955,    Austin, TX 78704-0033
4902455       +St. Luke's Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
4902456        St. Lukes Physician Group,    PO Box 5386,    Bethlehem, PA 18015-0386
4903802        The Huntington National Bank,    III Cascade Plaza CAS 056,    Akron, OH 44308
4917368        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4902461       +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
4902462        VSAS Orthopaedics,    1250 S Cedar Crest Blvd STE 110,    Allentown, PA 18103-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4902422       +E-mail/Text: bknotices@conduent.com Jun 08 2017 18:51:34      ACS/Education Services,
                Po Box 7051,    Utica, NY 13504-7051
4902421       +E-mail/Text: bknotices@conduent.com Jun 08 2017 18:51:34      Acs/clc Private,    501 Bleecker St,
                Utica, NY 13501-2401
4902425       +E-mail/Text: banko@berkscredit.com Jun 08 2017 18:51:12      Berks Credit & Collections,
                Po Box 329,    Temple, PA 19560-0329
4902428        E-mail/Text: mrdiscen@discover.com Jun 08 2017 18:51:04      Discover Financial Services,
                Po Box 30954,    Salt Lake City, UT 84130
4902427       +E-mail/Text: mrdiscen@discover.com Jun 08 2017 18:51:04      Discover Financial Services,
                Po Box 3025,    New Albany, OH 43054-3025
4902429       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 08 2017 18:51:12      Ditech,    Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD 57709-6172
4902430        E-mail/Text: bankruptcy.bnc@ditech.com Jun 08 2017 18:51:12      Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
4902443       +E-mail/Text: MKnitter@monroecountypa.gov Jun 08 2017 18:51:20      Monroe County Tax Claim,
                1 Quaker Plaza,    Stroudsburg, PA 18360-2195
4908730       +E-mail/Text: MKnitter@monroecountypa.gov Jun 08 2017 18:51:20
                Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4902444        E-mail/Text: Bankruptcies@nragroup.com Jun 08 2017 18:51:34      National Recovery Agency,
                PO Box 67015,    Harrisburg, PA 17106-7015
4902445       +E-mail/PDF: pa_dc_claims@navient.com Jun 08 2017 18:44:07      Navient,    Attn: Bankruptcy,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
4902453        E-mail/Text: bankruptcy@remitcorp.com Jun 08 2017 18:51:18      Remit Corporation,    PO Box 7,
                Bloomsburg, PA 17815
4902457       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 18:44:06      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4902458       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 18:44:06      Synchrony Bank/Care Credit,
                C/o P.o. Box 965036,    Orlando, FL 32896-0001
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4902459        +E-mail/Text: External.Collections@phoenix.edu Jun 08 2017 18:51:28      University Of Phoenix,
                 1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
4902460        +E-mail/Text: External.Collections@phoenix.edu Jun 08 2017 18:51:28      University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
                                                                                                 TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902436       ##+Health Network Laboratories,    2024 Lehigh Street,    Allentown, PA 18103-4938
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor Daniel J Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Joint Debtor Nicole M Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel J Prussman
aka Daniel Joseph Prussman
Nicole M Prussman
aka Nicole Marie Prussman, aka Nicole Bellmund,
aka Nicole M Bellmund

Debtor(s)

Chapter 13

Case No. 5:17−bk−01246−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2017<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 8, 2017 |