IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                         Case No. 17-01246-JJT

DANIEL J PRUSSMAN                  Chapter 13
aka Daniel Joseph Prussman

NICOLE M PRUSSMAN
aka Nicole Marie Prussman
aka Nicole Bellmund
aka Nicole M Bellmund

Debtor(s).

## NOTICE OF APPEARANCE

**New Penn Financial, LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

                             **Andrew J. Marley, Esquire**
                             **Stern & Eisenberg, PC**
                             **1581 Main Street, Suite 200**
                             **The Shops at Valley Square**
                             **Warrington, PA 18976**

Dated this 7th day of August, 2017.

                       By:       */s/ Andrew J. Marley, Esquire*
                                  Andrew J. Marley, Esquire, Bar No: 312314
                                  Stern & Eisenberg, PC
                                  1581 Main Street, Suite 200
                                  The Shops at Valley Square
                                  Warrington, PA 18976
                                  Phone: (215) 572-8111
                                  Fax: (215) 572-5025
                                  amarley@sterneisenberg.com
                                  Attorney for Creditor

---

1    Full title of Creditor is as follows: New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.
2    This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3    For reference, the property address associated with the undersigned's representation is 362 Sunrise Dr, Henryville, PA 18332.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 7th day of August, 2017, to the following:

Kim M Diddio, Esquire
17 North 6th Street
Stroudsburg, PA 18360
kdiddio@diddiolaw.com
*Attorney for Debtor(s)*

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter13 Trustee*

and by standard first class mail postage prepaid to:

Daniel J Prussman
aka Daniel Joseph Prussman
PO Box 364
Scotrun, PA 18355-0364

Nicole M Prussman
aka Nicole Marie Prussman
aka Nicole Bellmund
aka Nicole M Bellmund
PO Box 364
Scotrun, PA 18355-0364
*Debtor(s)*

Dated this 7th day of August, 2017.

            By:  */s/ Laura M. Campbell, Paralegal*
               Laura M. Campbell, Paralegal
               Stern & Eisenberg, PC
               1581 Main Street, Suite 200,
               Warrington, PA 18976
               lcampbell@sterneisenberg.com