IN RE: DANIEL J PRUSSMAN
   AKA: DANIEL JOSEPH PRUSSMAN
   NICOLE M PRUSSMAN
   AKA: NICOLE MARIE PRUSSMAN,  CHAPTER 13
   NICOLE BELLMUND, NICOLE M.
   BELLMUND

     Debtor(s)

   CHARLES J. DEHART, III
   CHAPTER 13 TRUSTEE   CASE NO: 5-17-01246-JJT
     Movant
   vs.

   DANIEL J PRUSSMAN
   AKA: DANIEL JOSEPH PRUSSMAN
   NICOLE M PRUSSMAN
   AKA: NICOLE MARIE PRUSSMAN,
   NICOLE BELLMUND, NICOLE M.
   BELLMUND

     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

  AND NOW, on October 23, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

  1.  A Plan was filed on May 23, 2017.

  2.  A Confirmation hearing was held and an Order was entered on August 8, 2017 directing that an amended plan be filed within thirty (30) days.

  3.  As of the date of this Motion, an amended plan has not been filed.

  4.  The delay in filing a confirmable plan in this case is prejudicial to creditors.

  WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

     Respectfully submitted,

     s/ Agatha R. McHale, Esq.
     Id: 47613
     Attorney for Trustee
     Charles J. DeHart, III
     Standing Chapter 13 Trustee

Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DANIEL J PRUSSMAN
           AKA: DANIEL JOSEPH PRUSSMAN
           NICOLE M PRUSSMAN
           AKA: NICOLE MARIE PRUSSMAN,        CHAPTER 13
           NICOLE BELLMUND, NICOLE M.
           BELLMUND

                 Debtor(s)           CASE NO: 5-17-01246-JJT

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:    December 5, 2017<br><br>Time:    09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                           Charles J. DeHart, III, Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA   17036
                           Phone:  (717) 566-6097
                           Email:  dehartstaff@pamd13trustee.com

Dated:  October 23, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | DANIEL J PRUSSMAN AKA: DANIEL JOSEPH PRUSSMAN NICOLE M PRUSSMAN AKA: NICOLE MARIE PRUSSMAN, NICOLE BELLMUND, NICOLE M. BELLMUND | CHAPTER 13 CASE NO: 5-17-01246-JJT |

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

AND NOW, on October 23, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA   18360-

DANIEL J PRUSSMAN
NICOLE M PRUSSMAN
PO BOX 364
SCOTRUN, PA   18355-0364

Respectfully Submitted,
s/    Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:   (717) 566-6097
Email:   dehartstaff@pamd13trustee.com

Dated:   October 23, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

         Debtor(s)               CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
         Movant

vs.

DANIEL J PRUSSMAN             CASE NO: 5-17-01246-JJT
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

         Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.