UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL J PRUSSMAN<br>NICOLE M PRUSSMAN | CASE NO: 5:17-BK-01246<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/5/2017, I did cause a copy of the following documents, described below,

First Amended Chapter 13 Plan,

Notice of Confirmation Hearing and Objection Date

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 12/5/2017

/s/ Kim M. Diddio, Esq.
Kim M. Diddio, Esq. 86708
Kim M. Diddio, Attorney at Law
17 North Sixth Street
Stroudsburg, PA 18360
570 801 1336
kdiddio@diddiolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL J PRUSSMAN
NICOLE M PRUSSMAN

CASE NO: 5:17-BK-01246

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 12/5/2017, a copy of the following documents, described below,

First Amended Chapter 13 Plan,

Notice of Confirmation Hearing and Objection Date

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Attorney at Law
Kim M. Diddio, Esq.
17 North Sixth Street
Stroudsburg, PA 18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-17-BK-01246-JJT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
MON DEC 4 18-09-39 EST 2017

2 ACSEDUCATION SERVICES
PO BOX 7051
UTICA NY 13504-7051

3 ACSCLC PRIVATE
501 BLEECKER ST
UTICA NY 13501-2401

4 APEX ASSET
2501 OREGON PIKE
LANCASTER PA 17601-4890

5 APEX ASSET MANAGEMENT
2501 OREGON PIKE STE 102
LANCASTER PA 17601-4890

6 BERKS CREDIT COLLECTIONS
PO BOX 329
TEMPLE PA 19560-0329

7 CACH LLC ITS SUCCESSORS AND ASSIGNS
AS ASSI
OF CAPITAL ONE NA
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

8 COLLEGE LOAN CORP ON BEHALF OF MHEAC
DBA A
KEITH COBURN
MHEAC DBA ASA
100 CAMBRIDGE STREET SUITE 1600
BOSTON MA 02114-2518

9 CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

10 CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

*EXCLUDE*
~~11 CHARLES J DEHART III TRUSTEE~~
~~8125 ADAMS DRIVE SUITE A~~
~~HUMMELSTOWN PA 17036-0625~~

12 KIM M DIDDIO
17 N 6TH STREET
STROUDSBURG PA 18360-2177

13 DISCOVER FINANCIAL SERVICES
PO BOX 3025
NEW ALBANY OH 43054-3025

14 DISCOVER STUDENT LOANS
PO BOX 30925
SALT LAKE CITY UT 84130-0925

15 DITECH
ATTN BANKRUPTCY
PO BOX 6172
RAPID CITY SD 57709-6172

16 DITECH FINANCIAL LLC
PO BOX 6154
RAPID CITY SD 57709-6154

17 EDGEPARK MEDICAL SUPPLIES
1810 SUMMIT PARK
TWINSBURG OH 44087

18 FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

19 GARY KAROUNOS MD
2200 W HAMILTON STREET
SUITE 103
ALLENTOWN PA 18104-6329

20 GREAT LAKES HIGHER EDUCATIN
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3192

21 HAYT HAYT LANDAU LLC
PO BOX 500
EATONTOWN NJ 07724-0500

22 HEALTH NETWORK LABORATORIES
2024 LEHIGH STREET
ALLENTOWN PA 18103-4938

23 JENNIE C TSAI ESQ
PHELAN HALLINAN DIAMOND JONES
1617 JFK BLVD STE 1400
PHILADELPHIA PA 19103-1814

24 KCI USA INC
PO BOX 301328
DALLAS TX 75303-1328

25 STEVEN P KELLY
STERN EISENBERG PC
1581 MAIN STREET
SUITE 200
WARRINGTON PA 18976-3400

26 LABCORP
PO BOX 2240
BURLINGTON NC 27216-2240

27 LIFESTAR RESPONSE OF NJ
3710 COMMERCE DRIVE
SUITE 1006
BALTIMORE MD 21227-1653

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| 28 ANDREW JOHN MARLEY<br>STERN  EISENBERG PC<br>1581 MAIN STREET SUITE 200<br>WARRINGTON PA 18976-3400 | 29 MONROE COUNTY COURTHOUSE<br>ATTN PROTHONOTARY<br>7TH  MONROE STREETS<br>STROUDSBURG PA 18360 | 30 MONROE COUNTY SHERIFFS OFFICE<br>7TH  MONROE STREETS<br>STROUDSBURG PA 18360 |
|---|---|---|
| 31 MONROE COUNTY TAX CLAIM<br>1 QUAKER PLAZA<br>STROUDSBURG PA 18360-2195 | 32 MONROE COUNTY TAX CLAIM BUREAU<br>1 QUAKER PLAZA ROOM 104<br>STROUDSBURG PA 18360-2141 | 33 NATIONAL RECOVERY AGENCY<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 |
| 34 NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9500<br>WILKES-BARR PA 18773-9500 | 35 NAVIENT SOLUTIONS LLC ON BEHALF OF<br>UNITED STUDENT AID FUNDS INC<br>ATTN- BANKRUPTCY LITIGATION UNIT E3149<br>PO BOX 9430<br>WILKES BARRE PA 18773-9430 | 36 NAVIENT SOLUTIONS LLC ON BEHALF OF<br>EDUCATIO<br>CREDIT MANAGEMENT CORPORATION<br>PO BOX 16408<br>ST PAUL MN 55116-0408 |
| 37 NEW PENN FINANCIAL LLC DBA<br>SHELLPOINT MORTG<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | 38 NEW PENN FINANCIAL LLC ET AL<br>CO STERN  EISENBERG PC<br>1581 MAIN STREET SUITE 200<br>WARRINGTON PA 18976-3400 | 39 NEW PENN FINANCIAL ET AL<br>CO STERN  EISENBERG PC<br>1581 MAIN STREET SUITE 200<br>WARRINGTON PA 18976-3400 |
| 40 PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | 41 PENN CREDIT<br>916 S 14TH ST<br>HARRISBURG PA 17104-3425 | 42 PHELAN HALLINAN DIAMOND  JONES<br>1617 JFK BLVD STE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA PA 19103-1823 |
| 43 POCONO HIGHLAND COMMUNITY ASSOC<br>123 SUNLIGHT DRIVE<br>HENRYVILLE PA 18332-7867 | 44 POCONO MEDICAL CENTER<br>206 E BROWN ST<br>EAST STROUDSBURG PA 18301-3094 | 45 POCONO MEDICAL CENTER<br>PO BOX 822009<br>PHILADELPHIA PA 19182-2009 |
| 46 POWELL INC<br>1 FISHER STREET<br>HALIFAX PA 17032-8845 | 47 POWELL ROGERS  SPEAKS<br>PO BOX 930<br>HALIFAX PA 17032-0930 | *DEBTOR*<br>48 DANIEL J PRUSSMAN<br>PO BOX 364<br>SCOTRUN PA 18355-0364 |
| 49 NICOLE M PRUSSMAN<br>PO BOX 364<br>SCOTRUN PA 18355-0364 | 50 REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | 51 SECOND ROUND LP<br>PO BOX 41955<br>AUSTIN TX 78704-0033 |
| 52 ST LUKES HEALTH NETWORK<br>801 OSTRUM STREET<br>BETHLEHEM PA 18015-1000 | 53 ST LUKES PHYSICIAN GROUP<br>PO BOX 5386<br>BETHLEHEM PA 18015-0386 | 54 SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 55 SYNCHRONY BANKCARE CREDIT<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | 56 THE HUNTINGTON NATIONAL BANK<br>III CASCADE PLAZA CAS 056<br>AKRON OH 44308 | 57 US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |

*EXCLUDE*

| | | |
|---|---|---|
| 58 UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | 59 UNIVERSITY OF PHOENIX<br>1625 W FOUNTAINHEAD PKWY<br>TEMPE AZ 85282-2371 | 60 UNIVERSITY OF PHOENIX<br>4615 E ELWOOD ST FL 3<br>PHOENIX AZ 85040-1908 |
| 61 US DEPT OF EDGREAT LAKES HIGHER EDUCATI<br>PO BOX 7860<br>MADISON WI 53707-7860 | 62 VSAS ORTHOPAEDICS<br>1250 S CEDAR CREST BLVD STE 110<br>ALLENTOWN PA 18103-6224 | 63 JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |