UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-17-01246-JJT

Movant

vs.

DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 19, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on December 4, 2017.

2. A Confirmation hearing was held and an Order was entered on January 9, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/  Agatha R. McHale, Esq.
Id:  47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee

Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

IN RE: DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

CHAPTER 13

Debtor(s)

CASE NO: 5-17-01246-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: April 10, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: March 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL J PRUSSMAN AKA: DANIEL JOSEPH PRUSSMAN NICOLE M PRUSSMAN AKA: NICOLE MARIE PRUSSMAN, NICOLE BELLMUND, NICOLE M. BELLMUND | CHAPTER 13 |
| | CASE NO: 5-17-01246-JJT |
| Debtor(s) | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE Movant | |

## CERTIFICATE OF SERVICE

AND NOW, on March 19, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA   18360-

DANIEL J PRUSSMAN
NICOLE M PRUSSMAN
PO BOX 364
SCOTRUN, PA   18355-0364

                                        Respectfully Submitted,
                                        s/     Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA   17036
                                        Phone:  (717) 566-6097
                                        Email:  dehartstaff@pamd13trustee.com

Dated:   March 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

       Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

vs.

DANIEL J PRUSSMAN
AKA: DANIEL JOSEPH PRUSSMAN
NICOLE M PRUSSMAN
AKA: NICOLE MARIE PRUSSMAN,
NICOLE BELLMUND, NICOLE M.
BELLMUND

CASE NO: 5-17-01246-JJT

       Respondent(s)

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.