```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-01246-JJT
Daniel J Prussman                                               Chapter 7
Nicole M Prussman
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: CKovach              Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb         Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA  18355-0364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Andrew John Marley    on behalf of Creditor    New Penn Financial, LLC, et al
               amarley@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Daniel J Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 2 Nicole M Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC, et al
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **DANIEL J. PRUSSMAN** a/k/a : | |
| **DANIEL JOSEPH PRUSSMAN** and : | |
| **NICOLE M. PRUSSMAN,** a/k/a : | |
| **NICOLE MARIE PRUSSMAN,** a/k/a : | Bk. No. 5:17-BK-01246(JJT) |
| **NICOLE BELLMUND,** a/k/a : | |
| **NICOLE M. BELLMUND** : | |
| **Debtors.** : | |

## ORDER CONVERTING CASE UNDER CHAPTER 13
## TO A CASE UNDER CHAPTER 7

Upon consideration of Debtors' Motion filed in accordance with 11 U.S.C. § 1307(a), seeking to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code. The Court has considered the record and finds that the motion should be granted.

IT IS SO ORDERED:

1. This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

Dated: April 10, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)