```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01246-JJT
Daniel J Prussman                                                   Chapter 7
Nicole M Prussman
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach                 Page 1 of 3            Date Rcvd: Apr 24, 2018
                              Form ID: 309A                 Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
db/jdb         Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA 18355-0364
aty           +Andrew John Marley,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                Warrington, PA 18976-3400
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty           +Steven P. Kelly,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                Warrington, PA 18976-3400
tr            +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                Honesdale, PA 18431-1925
cr            +New Penn Financial, LLC, et al,    c/o Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                Warrington, PA 18976-3400
4902423       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4902424        Apex Asset Management,    2501 Oregon Pike STE 102,    Lancaster, PA 17601-4890
4950761        CACH, LLC its successors and assigns as assignee,     of Capital One, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4913732       +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,    Keith Coburn,    MHEAC d/b/a ASA,
                100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
4902431        Edgepark Medical Supplies,    1810 Summit Park,    Twinsburg, OH 44087
4902432        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
4902433       #Gary Karounos MD,    2200 W Hamilton Street,    Suite 103,    Allentown, PA 18104-6329
4902434       +Great Lakes Higher Educatin,    Attn: Bankruptcy,    2401 International Lane,
                Madison, WI 53704-3192
4902435        Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
4902437       +Jennie C. Tsai, Esq.,    Phelan Hallinan Diamond & Jones,    1617 JFK Blvd Ste 1400,
                Philadelphia, PA 19103-1814
4902438        KCI USA Inc.,    PO Box 301328,    Dallas, TX 75303-1328
4902439        LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
4902440        LifeStar Response of NJ,    3710 Commerce Drive,    Suite 1006,    Baltimore, MD 21227-1653
4902441        Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4902442        Monroe County Sheriff’s Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4910856        Navient Solutions, LLC on behalf of Educational,     Credit Management Corporation,
                P.O. Box 16408,    St. Paul, MN 55116-0408
4950189        New Penn Financial, LLC dba Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC 29603-0826
4954402       +New Penn Financial, et al,    c/o Stern & Eisenberg, PC.,    1581 Main Street, Suite 200,
                Warrington, PA 18976-3400
4902446       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4902447       +Phelan Hallinan Diamond & Jones,    1617 JFK Blvd, STE 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103-1823
4902448       +Pocono Highland Community Assoc.,    123 Sunlight Drive,    Henryville, PA 18332-7867
4902449       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4902450        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4902451       +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
4902452       +Powell Rogers & Speaks,    PO Box 930,    Halifax, PA 17032-0930
4902455       +St. Luke’s Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
4902456        St. Lukes Physician Group,    PO Box 5386,    Bethlehem, PA 18015-0386
4903802        The Huntington National Bank,    III Cascade Plaza CAS 056,    Akron, OH 44308
4917368        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4902461       +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
4902462        VSAS Orthopaedics,    1250 S Cedar Crest Blvd STE 110,    Allentown, PA 18103-6224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: kdiddio@diddiolaw.com Apr 24 2018 18:53:15    Kim M Diddio,    17 N. 6th Street,
                Stroudsburg, PA  18360
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 24 2018 18:53:24    United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4902422       +E-mail/Text: bknotices@conduent.com Apr 24 2018 18:53:36    ACS/Education Services,
                Po Box 7051,    Utica, NY 13504-7051
4902421       +E-mail/Text: bknotices@conduent.com Apr 24 2018 18:53:36    Acs/clc Private,    501 Bleecker St,
                Utica, NY 13501-2401
4902425       +E-mail/Text: banko@berkscredit.com Apr 24 2018 18:53:21    Berks Credit & Collections,
                Po Box 329,    Temple, PA 19560-0329
4902426       +EDI: CAPITALONE.COM Apr 24 2018 22:58:00    Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
4917577        EDI: CAPITALONE.COM Apr 24 2018 22:58:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
4902428        EDI: DISCOVER.COM Apr 24 2018 22:58:00    Discover Financial Services,    Po Box 30954,
                Salt Lake City, UT 84130
4902427       +EDI: DISCOVER.COM Apr 24 2018 22:58:00    Discover Financial Services,    Po Box 3025,
                New Albany, OH 43054-3025
4946438       +EDI: DISCOVERSL.COM Apr 24 2018 22:58:00    Discover Student Loans,    PO Box 30925,
                Salt Lake City, UT 84130-0925
4902429       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2018 18:53:21    Ditech,    Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD 57709-6172
```

```
District/off: 0314-5          User: CKovach           Page 2 of 3            Date Rcvd: Apr 24, 2018
                              Form ID: 309A           Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4902430        E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2018 18:53:21      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
5009335        EDI: ECMC.COM Apr 24 2018 22:58:00      Educational Credit Management Corporation,
                 Po Box 16408,   St. Paul, MN 55116-0408
5009336        EDI: ECMC.COM Apr 24 2018 22:58:00      Educational Credit Management Corporation,
                 Po Box 16408,   St. Paul, MN 55116-0408,   Educational Credit Management Corporatio,
                 Po Box 16408,   St. Paul, MN 55116-0408
4902443       +E-mail/Text: MKnitter@monroecountypa.gov Apr 24 2018 18:53:27      Monroe County Tax Claim,
                 1 Quaker Plaza,   Stroudsburg, PA 18360-2195
4908730       +E-mail/Text: MKnitter@monroecountypa.gov Apr 24 2018 18:53:27
                 Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4902444        E-mail/Text: Bankruptcies@nragroup.com Apr 24 2018 18:53:36      National Recovery Agency,
                 PO Box 67015,   Harrisburg, PA 17106-7015
4902445       +EDI: NAVIENTFKASMSERV.COM Apr 24 2018 22:58:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
4910857        EDI: NAVIENTFKASMGUAR.COM Apr 24 2018 22:58:00      Navient Solutions, LLC on behalf of,
                 United Student Aid Funds, Inc.,   Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,
                 Wilkes Barre, PA 18773-9430
4902779       +EDI: PRA.COM Apr 24 2018 22:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
4902453        E-mail/Text: bankruptcy@remitcorp.com Apr 24 2018 18:53:25      Remit Corporation,   PO Box 7,
                 Bloomsburg, PA 17815
4902454       +EDI: SECONDROUND.COM Apr 24 2018 22:58:00      Second Round, LP,   Po Box 41955,
                 Austin, TX 78704-0033
4902457       +EDI: RMSC.COM Apr 24 2018 22:58:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
4902458       +EDI: RMSC.COM Apr 24 2018 22:58:00      Synchrony Bank/Care Credit,   C/o P.o. Box 965036,
                 Orlando, FL 32896-0001
4902459       +E-mail/Text: External.Collections@phoenix.edu Apr 24 2018 18:53:31      University Of Phoenix,
                 1625 W Fountainhead Pkwy,   Tempe, AZ 85282-2371
4902460       +E-mail/Text: External.Collections@phoenix.edu Apr 24 2018 18:53:31      University Of Phoenix,
                 4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1908
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*            +Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4902436       ##+Health Network Laboratories,   2024 Lehigh Street,   Allentown, PA 18103-4938
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Andrew John Marley    on behalf of Creditor    New Penn Financial, LLC, et al
               amarley@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
```

```
District/off: 0314-5           User: CKovach              Page 3 of 3                  Date Rcvd: Apr 24, 2018
                               Form ID: 309A              Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kim M Diddio    on behalf of Debtor 1 Daniel J Prussman kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Kim M Diddio    on behalf of Debtor 2 Nicole M Prussman kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC, et al
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 8

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Daniel J Prussman** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–5315 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nicole M Prussman** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–3376 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13** | **March 29, 2017** |
| Case number: | **5:17–bk–01246–JJT** | Date case converted to chapter **7** | **April 10, 2018** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel J Prussman | Nicole M Prussman |
| 2. | **All other names used in the last 8 years** | aka Daniel Joseph Prussman | aka Nicole Marie Prussman, aka Nicole Bellmund, aka Nicole M Bellmund |
| 3. | **Address** | PO Box 364 <br> Scotrun, PA 18355–0364 | PO Box 364 <br> Scotrun, PA 18355–0364 |
| 4. | **Debtor's attorney** <br> Name and address | Kim M Diddio <br> 17 N. 6th Street <br> Stroudsburg, PA 18360 | Contact phone 570 801–1336 <br><br> Email:  kdiddio@diddiolaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John J Martin (Trustee) <br> Law Offices of John J Martin <br> 1022 Court Street <br> Honesdale, PA 18431 | Contact phone 570 253–6899 <br><br> Email:  pa36@ecfcbis.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: April 24, 2018 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** August 5, 2018 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 5:17-bk-01246-JJT    Doc 57    Filed 04/26/18    Entered 04/27/18 00:46:53    Desc Imaged Certificate of Notice    Page 5 of 5