IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 5:17-bk-01246-JJT |
| Daniel J. Prussman<br>aka Daniel Joseph Prussman  and<br>Nicole M. Prussman<br>aka Nicole Marie Prussman<br>aka Nicole Bellmund<br>aka Nicole M. Bellmund | : | Chapter 7 |
| Debtor | : | Judge:  John J. Thomas |

_____

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a mortgage lien.that all notices that are required to be given

Dated May 21, 2018

Respectfully submitted,
**PINCUS LAW GROUP, PLLC**

By:  /s/ Nicole LaBletta
Nicole Labletta, Esq.
425 RXR Plaza
Uniondale, New York 11556
Telephone: 516-699-8902
Fax: 516-279-6990
Email:nlabletta@pincuslaw.com