Certificate Number: 17572-PAM-DE-031423365

Bankruptcy Case Number: 17-01246


17572-PAM-DE-031423365

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2018, at 9:29 o'clock PM PDT, Daniel J Prussman completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 3, 2018

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor