Certificate Number: 17572-PAM-DE-031423364

Bankruptcy Case Number: 17-01246



17572-PAM-DE-031423364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2018</u>, at <u>9:29</u> o'clock <u>PM PDT</u>, <u>Nicole M Prussman</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 3, 2018</u>    By: <u>/s/Judy Alexander</u>

Name: <u>Judy Alexander</u>

Title: <u>Counselor</u>