```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-01246-JJT
Daniel J Prussman                                                Chapter 7
Nicole M Prussman
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach            Page 1 of 1            Date Rcvd: Sep 06, 2018
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db/jdb         Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA 18355-0364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
              Andrew John Marley    on behalf of Creditor    New Penn Financial, LLC, et al
               amarley@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Kim M Diddio    on behalf of Debtor 2 Nicole M Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 1 Daniel J Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Nicole Bernadette LaBletta    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing nlabletta@pincuslaw.com, vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC, et al
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel J Prussman,<br>aka Daniel Joseph Prussman, | Chapter 7 |
| **Debtor 1** | Case No. 5:17−bk−01246−JJT |
| Nicole M Prussman,<br>aka Nicole Marie Prussman, aka Nicole Bellmund, aka<br>Nicole M Bellmund, | |
| **Debtor 2** | |

Social Security No.:
        xxx−xx−5315        xxx−xx−3376

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

        **John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 6, 2018

By the Court,

*[signature]*

Honorable John J. Thomas
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

**fnldec** (05/18)