IN THE UNITED STAES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. PRUSSMAN | : | 5-17-01426-JJT |
| NICOLE M. PRUSSMAN | : | |
| | : | |
| DEBTOR(S) | : | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, John J. Martin, Esquire does certify that a true and Copy of the foregoing Chapter 7 Trustee's Application for Order Authorizing Trustee to Employ Attorney as General Counsel was served on the following indicated below:

**VIA ELECTRONIC EMAIL:**

Office of the U.S. Trustee
Kim Diddio, Esq.

**VIA REGULAR FIRST CLASS
MAIL POSTAGE PREPAID:**

Kim Diddio, Esq.
17 N. 6th Street
Stroudsburg, PA  18360

September 20, 2018                              Respectfully submitted,

                                                /s/ John J. Martin, Esquire
                                                Law Offices of John J. Martin
                                                1022 Court Street
                                                Honesdale, PA  18431
                                                (570) 253-6899
                                                jmartin@martin-law.net
                                                Attorney For Chapter 7 Trustee