```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-01246-JJT
Daniel J Prussman                                               Chapter 7
Nicole M Prussman
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: CKovach           Page 1 of 3          Date Rcvd: Sep 21, 2018
                            Form ID: ntasset        Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db/jdb         Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA  18355-0364
cr            +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PINCUS LAW GROUP, PLLC,    425 RXR Plaza,
               Uniondale, NY 11556-3811
cr            +New Penn Financial, LLC, et al,    c/o Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
4902423       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4902424        Apex Asset Management,    2501 Oregon Pike STE 102,    Lancaster, PA 17601-4890
4950761        CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4913732       +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,    Keith Coburn,    MHEAC d/b/a ASA,
               100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
4902431        Edgepark Medical Supplies,    1810 Summit Park,    Twinsburg, OH 44087
4902432        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
4902433       #Gary Karounos MD,    2200 W Hamilton Street,    Suite 103,    Allentown, PA 18104-6329
4902434       +Great Lakes Higher Educatin,    Attn: Bankruptcy,    2401 International Lane,
               Madison, WI 53704-3192
4902435        Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
4902437       +Jennie C. Tsai, Esq.,    Phelan Hallinan Diamond & Jones,    1617 JFK Blvd Ste 1400,
               Philadelphia, PA 19103-1814
4902438        KCI USA Inc.,    PO Box 301328,    Dallas, TX 75303-1328
4902439        LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
4902440        LifeStar Response of NJ,    3710 Commerce Drive,    Suite 1006,    Baltimore, MD 21227-1653
4902441        Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4902442        Monroe County Sheriff’s Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4910857        Navient Solutions, LLC on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4910856        Navient Solutions, LLC on behalf of Educational,    Credit Management Corporation,
               P.O. Box 16408,    St. Paul, MN 55116-0408
5063647       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Pincus Law Group, PLLC,
               425 RXR Plaza,    Uniondale, NY 11556-3811
4950189        New Penn Financial, LLC dba Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC 29603-0826
4954402       +New Penn Financial, et al,    c/o Stern & Eisenberg, PC.,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
4902446       #+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4902447       +Phelan Hallinan Diamond & Jones,    1617 JFK Blvd, STE 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1823
4902448       +Pocono Highland Community Assoc.,    123 Sunlight Drive,    Henryville, PA 18332-7867
4902450        Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
4902449       +Pocono Medical Center,    206 E. Brown St.,    East Stroudsburg, PA 18301-3094
4902451       +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
4902452       +Powell Rogers & Speaks,    PO Box 930,    Halifax, PA 17032-0930
4902453       ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,    PO Box 7,    Bloomsburg, PA 17815)
4902455       +St. Luke’s Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
4902456        St. Lukes Physician Group,    PO Box 5386,    Bethlehem, PA 18015-0386
4903802        The Huntington National Bank,    III Cascade Plaza CAS 056,    Akron, OH 44308
4917368        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
5064591        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
4902461       +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
4902462        VSAS Orthopaedics,    1250 S Cedar Crest Blvd STE 110,    Allentown, PA 18103-6224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4902422       +E-mail/Text: bknotices@conduent.com Sep 21 2018 19:05:05     ACS/Education Services,
               Po Box 7051,    Utica, NY 13504-7051
4902421       +E-mail/Text: bknotices@conduent.com Sep 21 2018 19:05:05     Acs/clc Private,    501 Bleecker St,
               Utica, NY 13501-2401
4902425        E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 21 2018 19:05:06
               Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
4902426       +EDI: CAPITALONE.COM Sep 21 2018 23:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
4917577        EDI: CAPITALONE.COM Sep 21 2018 23:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
4902428        EDI: DISCOVER.COM Sep 21 2018 23:03:00      Discover Financial Services,    Po Box 30954,
               Salt Lake City, UT 84130
4902427       +EDI: DISCOVER.COM Sep 21 2018 23:03:00      Discover Financial Services,    Po Box 3025,
               New Albany, OH 43054-3025
4946438       +EDI: DISCOVERSL.COM Sep 21 2018 23:03:00      Discover Student Loans,    PO Box 30925,
               Salt Lake City, UT 84130-0925
4902429       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 21 2018 19:04:40     Ditech,    Attn: Bankruptcy,
               PO Box 6172,    Rapid City, SD 57709-6172
4902430        E-mail/Text: bankruptcy.bnc@ditech.com Sep 21 2018 19:04:40     Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
```

```
District/off: 0314-5          User: CKovach           Page 2 of 3           Date Rcvd: Sep 21, 2018
                              Form ID: ntasset        Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5009335        EDI: ECMC.COM Sep 21 2018 23:03:00      Educational Credit Management Corporation,
                 Po Box 16408,    St. Paul, MN 55116-0408
5009336        EDI: ECMC.COM Sep 21 2018 23:03:00      Educational Credit Management Corporation,
                 Po Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
                 Po Box 16408,    St. Paul, MN 55116-0408
4902443       +E-mail/Text: MKnitter@monroecountypa.gov Sep 21 2018 19:04:50       Monroe County Tax Claim,
                 1 Quaker Plaza,    Stroudsburg, PA 18360-2195
4908730       +E-mail/Text: MKnitter@monroecountypa.gov Sep 21 2018 19:04:50
                 Monroe County Tax Claim Bureau,     1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4902444        E-mail/Text: Bankruptcies@nragroup.com Sep 21 2018 19:05:05       National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
4902445       +EDI: NAVIENTFKASMSERV.COM Sep 21 2018 23:03:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
4902779       +EDI: PRA.COM Sep 21 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4902454       +EDI: SECONDROUND.COM Sep 21 2018 23:03:00       Second Round, LP,   Po Box 41955,
                 Austin, TX 78704-0033
4902457       +EDI: RMSC.COM Sep 21 2018 23:03:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
4902458       +EDI: RMSC.COM Sep 21 2018 23:03:00      Synchrony Bank/Care Credit,    C/o P.o. Box 965036,
                 Orlando, FL 32896-0001
4902459       +E-mail/Text: External.Collections@phoenix.edu Sep 21 2018 19:05:01       University Of Phoenix,
                 1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
4902460       +E-mail/Text: External.Collections@phoenix.edu Sep 21 2018 19:05:01       University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN  55116-0408
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4902436      ##+Health Network Laboratories,    2024 Lehigh Street,   Allentown, PA 18103-4938
                                                                                            TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          Andrew John Marley    on behalf of Creditor   New Penn Financial, LLC, et al
            amarley@sterneisenberg.com, bkecf@sterneisenberg.com
          Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
            Anne.Fiorenza@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Kim M Diddio    on behalf of Debtor 1 Daniel J Prussman kdiddio@diddiolaw.com,
            kdiddio@gmail.com;r52326@notify.bestcase.com
          Kim M Diddio    on behalf of Debtor 2 Nicole M Prussman kdiddio@diddiolaw.com,
            kdiddio@gmail.com;r52326@notify.bestcase.com
```

```
District/off: 0314-5           User: CKovach            Page 3 of 3           Date Rcvd: Sep 21, 2018
                               Form ID: ntasset         Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Nicole Bernadette LaBletta    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com,    vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
          Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel J Prussman,<br>aka Daniel Joseph Prussman, | Chapter 7 |
| **Debtor 1** | Case No. 5:17–bk–01246–JJT |

Nicole M Prussman,
aka Nicole Marie Prussman, aka Nicole Bellmund, aka Nicole M Bellmund,

**Debtor 2**

Social Security No.:
xxx–xx–5315    xxx–xx–3376

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **December 21, 2018**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CKovach, Deputy Clerk

Date: September 21, 2018

ntasset(B204)(05/18)