IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. PRUSSMAN | : | |
| NICOLE M. PRUSSMAN, | : | 5-17-01246-JJT |
| DEBTOR(S) | : | CHAPTER 7 |

# CERTIFICATE OF NO OBJECTION TO THE
# CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY
# FREE AND CLEAR OF LIENS AND ENCUMBRANCES

I, John J. Martin, Esquire, do hereby certify that no objections have been filed to the Chapter 7 Trustee's Motion to Sell Real Property Free and Clear of Liens and Encumbrances, and the time period to file objections has elapsed.

Dated: October 22, 2018

/s/ John J. Martin
John Martin, Esq.
1022 Court Street
Honesdale, Pa. 18431
(570) 253-6899
Counsel to the Chapter 7 Trustee
jmartin@martin-law.net