NAME REF: DANIEL J. PRUSSMAN
TAX CODE: 12/5B/3/14



# SHERIFF'S DEED

**THIS INDENTURE,** *made this 24th day of August in the year of our Lord, 2018*

**BETWEEN** TODD A. MARTIN, Sheriff of Monroe County, in the State of Pennsylvania, Grantor, hereinafter referred to a party of the first part,

-AND-

FEDERAL HOME LOAN MORTGAGE CORPORATION

Grantee, herinafter referred to as party of the second part,

## WITNESSETH:

That the said Grantor, for and in consideration of the sum of <u>NINE THOUSAND FOUR HUNDRED FIFTY NINE DOLLARS AND SEVENTY NINE CENTS($9,459.79)</u> lawful money of the United States of America, unto them well and truly paid by the said Grantee at of before the sealing and delivery hereof, do hereby grant and convey unto the said Grantee, their heirs, successors and assigns,

## LEGAL DESCRIPTION

### SEE ATTACHED LEGAL DESCRIPTION

SEIZED AND TAKEN IN EXECUTION AS THE PROPERTY OF:   DANIEL J. PRUSSMAN
NICOLE M. BELLMUND A/K/A N M. BELLMUND

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot, parcel, or piece of land situate in the Township of Pocono, County of Monroe, and State of Pennsylvania being Lot 13, Section 3, as on Map titled Final Plan Section No. 3 Sunset Pocono, being recorded in the Recorder's Office at Stroudsburg, Pennsylvania, in Plot Book No. 19, Page 59.

TITLE TO SAID PREMISES VESTED IN Daniel J. Prussman and Nicole M. Bellmund, as joint tenants with the right of survivorship and not as tenants in common, by Deed from Michael J. Lynch and Constance A. Lynch, h/w, dated 12/28/2007, recorded 01/07/2008 in Book 2324, Page 6895.

TAX CODE: 12/5B/3/14
TAX PIN: 12637403325806

**TOGETHER** *with all and singular the buildings and improvements, if any, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditament and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantor, as well at law as in equity, of, in, and to the same.*

**TO HAVE AND TO HOLD** *the said lot or piece of ground above described, with the building and improvement thereon erected, if any, hereditament and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, their heirs, successors and assigns, to and for the only proper use and behoof of the said Grantee, their heirs, successors and assigns forever.*

*The same having been sold by me to the said Grantee Thursday, on the <u>26th</u> day of <u>July</u>, Anno Domini <u>2018</u> after due advertisment according to the law, under and by virtue of a Writ of Execution issued on the <u>20th</u> day of <u>December</u>, Anno Domini <u>2017</u>, out of the Court of Common Pleas of Monroe County, Pennsylvania, as of the Civil Term <u>2015</u> Number <u>70</u> at the suit of <u>NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING</u>*
*Against <u>DANIEL J. PRUSSMAN, NICOLE M. BELLMUND A/K/A N M. BELLMUND</u>*

**IN WITNESS WHEREOF,** *I have hereunto set my hand(s) and seal(s). Dated the day and year first above written.*

SHERIFF OF MONROE COUNTY

BY: *Darlene M Lee* (SEAL)
Deputy Sheriff of Monroe County

**COMMONWEALTH OF PENNSYLVANIA:**

*Before me, GEORGE J. WARDEN, Prothonotary of the Court of Common Pleas of Monroe County, Pennsylvania, personally appeared Darlene M. Lee, Deputy Sheriff of Monroe County aforesaid and in due form of law declared that the facts set forth in the foregoing deed are true and that he acknowledged the same in order that said deed might be recorded.*

*Witness my hand and seal of said court this <u>24th</u> day of <u>August</u> Anno Domini <u>2018</u>.*

_____
Prothonotary

*I hereby certify that the precise residence of the within named Grantee is:*
8200 JONES BRANCH DRIVE
MAILSTOP 202
MCLEAN, VA 22102

*Darlene M Lee*
_____
Deputy Sheriff

| REV-183 EX(2-15) | | RECORDER'S USE ONLY |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF INDIVIDUAL TAXES<br>DEPT. 280603<br>HARRISBURG, PA 17128-0603 | **REALTY TRANSFER TAX<br>STATEMENT OF VALUE**<br><br>See Reverse for Instructions | State Tax Paid<br>Book Number<br>Page Number<br>Date Recorded |

Complete each section and file in duplicate with Recorders of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

**A. CORRESPONDENT** – All inquiries may be directed to the following person:

| Name | | Telephone Number: |
|---|---|---|
| Phelan Hallinan Diamond & Jones, LLP | | 215-563-7000 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza | Philadelphia | PA | 19103 |

**B. TRANSFER DATA**

Date of Acceptance of Document 7/30/18

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| Monroe County Sheriff's Office, Sheriff | (570) 517-3312 | FEDERAL HOME LOAN MORTGAGE CORPORATION | 1-800-373-3343 |

| Mailing Address | | | Mailing Address | | |
|---|---|---|---|---|---|
| 610 Monroe Street , #303 | | | 8200 Jones Branch Drive, Mailstop 202 | | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Stroudsburg | PA | 18360-2115 | McLean | VA | 22102 |

**C. REAL ESTATE LOCATION**

| Street Address | City, Township, Borough |
|---|---|
| LOT 13 POCONO HIGHLAND LAKE ESTATES, A/K/A 362 SUNRISE DRIVE, HENRYVILLE, PA 18332-7874 | TOWNSHIP OF POCONO |

| County | School District | Tax Parcel Number |
|---|---|---|
| MONROE | POCONO MOUNTAIN S.D. | 12/5B/3/14 |

**D. VALUATION DATA**

Was transaction part of an assignment or relocation? ☐ Y ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $ 9,459.79 (winning bid) | + -0- | = $ 9,459.79 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| $ 37,010.00 | X 4.69 | = $173,576.90 |

**E. EXEMPTION DATA** – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| = $173,576.90 | 100% | 100% |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession _____
                                                    (Name of Decedent)                                    Estate File Number

☐ Transfer to a Trust. (Attach complete copy of trust agreement identifying all beneficiaries.)
☐ Transfer from a trust. Date of transfer into the trust _____
    If trust was amended attach a copy of original and amended trust.
☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)
☐ Transfer to the Commonwealth, the United States and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
    (If condemnation or in lieu of condemnation, attach copy of resolution.)
☐ Transfer from mortgagor to a holder of a mortgage in default.
    (Attach copy of mortgage and note/assignment)
☐ Corrective confirmatory deed. (Attach complete copy of the prior deed being corrected or confirmed.)
☐ Statutory corporate consolidation, merge, or division (Attach copy of articles)
☒ *Other (Please explain exemption claimed, if other than listed above. This is an exempt transaction based on P.S. Sect. 91 (b)(1)(v) and 12 U.S.C. Sect. 1723a (c)(2). This is a government Instrumentality.

Under Penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Melissa Connor | 7/30/18 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH APPLICABLE DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# INSTRUCTIONS FOR COMPLETING REALTY TRANSFER TAX STATEMENT OF

## SECTION A

Correspondent: Enter the name, address and telephone number of party completing this form.

## SECTION B

Transfer Data: Enter the date on which the deed or other document was accepted by the Party(ies). Enter the full names and addresses of all Grantor(s)/Lessor(s) and all Grantee(s)/Lessee(s). Attach additional sheets if necessary.

## SECTION C

Real Estate Location: This section identifies the real estate to be transferred. Complete fully, including the tax parcel number where applicable and the county where the statement is to be filed.

## SECTION D

Valuation Data: Complete for all transactions

1. Actual Cash Consideration – Enter the amount of cash or cash equivalent that the grantor received for the transfer of the real estate.
2. Other Consideration – Enter the total amount of non-cash consideration that the grantor received for the transfer of the real estate, such as property and securities. Include mortgages and liens existing before the transfer and not removed thereby, and the agreed consideration for the construction of improvements.
3. Total Consideration – Enter the sum of Lines 1 and 2. This will be the total consideration for the purchase of the real estate.
4. County Assessed Value – Enter the actual assessed value of the entire real estate, per records of the county assessment office. Do not reduce the assessed value by the grantor's fractional interest in the real estate.
5. Common Level Ratio Factor – Enter the common level ratio factor for the county in which the real estate is located. An explanation of this factor is provided below.
6. Fair Market Value – Enter the product of Lines 4 and 5.

## SECTION E

Exemption Data: Complete only for transactions claiming an exemption.

1a. Amount of Exemption Claimed – Enter the dollar amount of the total consideration claimed as exempt.
1b. Percentage of Grantor's Interest in Real Estate – Enter the percentage of grantor's ownership interest in the real estate listed in Part C.
1c. Percentage of Grantor's Interest Conveyed – Enter the fraction or percentage of grantor's interest in the real estate listed on Line 1b that the grantor conveyed to the grantee. For example, if you indicated on Line 1b that grantor owns a 50 percent tenant in common interest in the real estate and grantor is conveying his entire 50 percent interest to the grantee, then you would enter 100 percent on this line.

2. Check Appropriate Box for Exemption Boxes are provided for the most common Pe realty exemptions. Each is explained in order ance on the Realty Transfer Statement of Val

Will or Intestate Succession – A transfer by or nominal consideration, or under the intestate s laws, is exempt from tax. Provide the name of the and estate file number in the space provided.

Transfer to a Trust – A transfer for no or nomin eration to a trust is exempt from tax when the tr the same property would be exempt from tax if t fer were made directly by the grantor to all the (including contingent) beneficiaries. Attach a copy of the trust agreement and identify the grantor tionship to each beneficiary.

Transfer Between Principal and Agent/Straw A transfer between an agent/straw party and prin no or nominal consideration is exempt. Attach a c copy of the agency/straw party agreement.

Transfer to the Commonwealth, the United and Instrumentalities by Gift, Dedication, Cond tion or in Lieu of Condemnation. – If the transfe condemnation or in lieu of condemnation, attach a the resolution.

Transfer from Mortgagor to Holder of a Mortg Default – A transfer from a mortgagor to a holde mortgage in default, whether pursuant to a foreclos in lieu thereof, is exempt. Provide a copy of the mo and note, and any documentation evidencing the a ment thereof.

Corrective Deed – A deed for no or nominal conside that corrects or confirms a previously recorded dee does not extend or limit the title or interest under the deed is exempt from tax. Attach a complete copy o prior deed being corrected or confirmed.

Statutory Consolidation, Merger or Division – A ment that evidences the transfer of real estate pursua the statutory consolidation or merger of two or more porations (15 Pa. C.S. §§1921-1932 or 15 Pa. C.S. §§ 5930) or the statutory division of a nonprofit corpor (15 Pa. C.S. §§5951-5957) is exempt from tax. Atta copy of the articles of consolidation, merger or divisio

Other –
When claiming an exemption other than those listed, must specify what exemption is claimed. When poss provide the applicable statutory and regulatory cita Attach additional pages, if necessary. Attach a cop supporting documentation.

COMMON LEVEL RATIO FACTOR
This is a property valuation factor provided by the Department of Revenue by which the county asse value is multiplied to determine the taxable value of estate for all non-arm's length transactions, leases acquired companies. The factor is based on the com level ratio established by the State Tax Equalization Bo The common level ratio is a ratio of assessed values to rent fair market values as reflected by actual sales of estate in each county. A statewide list of the factors is a able at the Recorder of Deeds' office in each county.



# COUNTY OF MONROE

*RECORDER OF DEEDS*
**610 MONROE STREET**
**SUITE 125**
**STROUDSBURG, PA 18360**
Area Code (570) 517-3969

Josephine Ferro - Recorder

**Instrument Number -** 201820405
**Recorded On** 8/24/2018 **At** 1:09:49 PM
* **Instrument Type -** SHERIFFS DEED - NON TAXABLE
**Invoice Number -** 759658
* **Grantor -** PRUSSMAN, DANIEL J
* **Grantee -** FEDERAL HOME LOAN MORTGAGE CORPORATION
**User -** SAR
* **Customer -** SHERIFFS OFFICE

**Book -** 2515  **Starting Page -** 7831
* **Total Pages -** 5

* **FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| STATE PROTHONATARY CERTIFICATIONS | $1.50 |
| RECORDING FEES | $13.00 |
| AFFORDABLE HOUSING | $13.00 |
| DEMOLITION ACCOUNT | $15.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $98.25 |

**RETURN DOCUMENT TO:**
SHERIFFS OFFICE

MC GIS Registry UPI Certification
On August 24, 2018 By JG

TAX ID #
12/5B/3/14
Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

**THIS IS A CERTIFICATION PAGE**

# Do Not Detach

**THIS PAGE IS NOW THE LAST PAGE OF THIS LEGAL DOCUMENT**

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

062D39

**Book:** 2515  **Page:** 7835