UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                          Case No.: 17-01246
DANIEL J. PRUSSMAN
NICOLE M. PRUSSMAN,                                             Chapter 7
    Debtors.

JOHN J. MARTIN, CHAPTER 7 TRUSTEE
FOR THE ESTATE OF DANIEL J. PRUSSMAN
AND NICOLE M. PRUSSMAN,
    Movant,
VS.
NEW PENN FINANCIAL, LLC, d/b/a
SHELLPOINT MORTGAGE SERVICING, ITS
SUCCESSORS AND ASSIGNS,
    Respondent.

## PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

To the Clerk:

    Kindly withdraw Chapter 7 Trustee's Motion to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances in the above referenced case which was filed on behalf of John J. Martin, Counsel to the Chapter 7 Trustee. (Docket Entry #84)

    Respectfully submitted,

    _____/s_____
    John J. Martin, Esquire
    1022 Court Street
    Honesdale, PA 18431
    (570)253-6899
    jmartin@martin-law.net
    Counsel to the Chapter 7 Trustee