## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 17-01246 |
| DANIEL J. PRUSSMAN | |
| NICOLE M. PRUSSMAN, | Chapter 7 |
| Debtors. | |

JOHN J. MARTIN, CHAPTER 7 TRUSTEE
FOR THE ESTATE OF DANIEL J. PRUSSMAN
AND NICOLE M. PRUSSMAN,
    Movant,
VS.
NEW PENN FINANCIAL, LLC, d/b/a
SHELLPOINT MORTGAGE SERVICING, ITS
SUCCESSORS AND ASSIGNS,
    Respondent.

## **CERTIFICATE OF CONCURRANCE**

    I hereby certify that the Respondent, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, its Successors and Assigns does concur with the Praecipe to Withdraw Chapter 7 Trustee's Motion to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances.

Dated: October 23, 2018                   /s/ John J. Martin, Esquire
                                                  Law Office of John J. Martin
                                                  1022 Court Street
                                                  Honesdale, PA 18431
                                                  (570) 253-6899
                                                  Counsel to the Chapter 7 Trustee
                                                  jmartin@martin-law.net