```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01246-JJT
Daniel J Prussman                                               Chapter 7
Nicole M Prussman
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CKovach          Page 1 of 1        Date Rcvd: Dec 17, 2018
                            Form ID: orclreop      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
db/jdb          Daniel J Prussman,    Nicole M Prussman,    PO Box 364,    Scotrun, PA 18355-0364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
              Andrew John Marley    on behalf of Creditor    New Penn Financial, LLC, et al
               amarley@sterneisenberg.com,    bkecf@sterneisenberg.com
              Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 2 Nicole M Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 1 Daniel J Prussman kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
              Nicole Bernadette LaBletta    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing nlabletta@pincuslaw.com,    vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    New Penn Financial, LLC, et al
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel J Prussman,<br>aka Daniel Joseph Prussman, | Chapter 7 |
| **Debtor 1** | Case No. 5:17–bk–01246–JJT |
| Nicole M Prussman,<br>aka Nicole Marie Prussman, aka Nicole Bellmund, aka Nicole M Bellmund, | |
| **Debtor 2** | |

## Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: December 17, 2018

By the Court,

*[signature]*

Honorable John J. Thomas
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

orclreop(05/12)